**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Rodrigo Colmenares Y SANCHEZ-SOTO, Defendant-Appellant.**

No. 16-50370

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 [*]

Filed December 21, 2017

Helen H. Hong, Assistant U.S. Attorney, Michael Emerson Lasater, Esquire, U.S. Attorney, Daniel Earl Zipp, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Rodrigo Colmenares Y Sanchez-Soto, Pro Se

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

## MEMORANDUM [**]

Rodrigo Colmenares Y Sanchez-Soto appeals pro se from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Sanchez-Soto contends that he is entitled to a sentence reduction under Amendment 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Leniear,* 574 F.3d 668, 672 (9th Cir. 2009). Given the quantity of drugs involved in Sanchez-Soto's offense, Amendment 782 did not lower his sentencing range. *See* U.S.S.G. § 2D1.1(c)(1) (2014). Therefore, a reduction is not authorized under section 3582(c)(2). *See* U.S.S.G. § 1B1.10(a)(2)(B) (2014); *United States v. Mercado-Moreno,* 869 F.3d 942, 948-49 (9th Cir. 2017).

## AFFIRMED.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.